FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2021

No. 04-21-00115-CV

**UNIVERSITY OF THE INCARNATE WORD**,
Appellant

v.

Valerie **REDUS**, Individually, and Robert M. Redus, Individually, and as Administrator of the
Estate of Robert Cameron Redus,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07249
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The Appellees' Motion for Extension of Time to File Brief is hereby GRANTED. The appellees' brief is due on or before August 18, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court